CJA 20 (Electronic Form) APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/08)

| 1. CIR./ DIST./ DIV. CODE<br>WYX | 2. PERSON REPRESENTED<br>Kellog, Dale | | | | | 6. VOUCHER NUMBER<br>110222000105 |
|---|---|---|---|---|---|---|
| 3. MAG. DKT./ DEF. NUMBER<br>10-MJ-053-D | 4. DIST. DKT./ DEF. NUMBER | | 5. APPEALS DKT./ DEF. NUMBER | | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA vs. Dale Kellogg | 8. PAYMENT CATEGORY<br>Appeal | | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | | 10. REPRESENTATION TYPE<br>CC Criminal case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:13-9999.P (Petty Offense Violations)

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS:
Name: James Whiting
Address: Whiting Law P.C.
315 Main St. Suite 10
Lander, WY, 82520
Phone # (307) 332-5534
Fax # (307) 332-5562

13. COURT ORDER:
Prior Attorney's Name | Appointment Dates

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in his case, OR

☐ Other (See Instructions)

*(signature)*
Signature of presiding Judicial Officer or By Order of the Court
12/30/09
Date of Order        Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ Yes ☐ No

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| Categories (Attach itemization of services w/ dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | Math/Tech. Adjusted Hrs | Math/Tech. Adjusted Amounts | Additional Review | Amount Authorized |
|---|---|---|---|---|---|---|
| 15. In Court | | | | | | |
| a. Arraignment and/or Plea | - | - | - | - | | - |
| b. Bail and Detention Hearings | - | - | - | - | | - |
| c. Motion Hearings | - | - | - | - | | - |
| d. Trial | - | - | - | - | | - |
| e. Sentencing Hearings | - | - | - | - | | - |
| f. Revocation Hearings | - | - | - | - | | - |
| g. Appeals Court | - | - | - | - | | - |
| h. Other (Specify on add'l sheets) | - | - | - | - | | - |
| TOTALS | - | - | - | - | | - |
| 16. Out of Court | | | | | | |
| a. Interviews and Conferences | 7.3 | 909.50 | - | - | | 909.50 |
| b. Obtaining and reviewing records | - | - | - | - | | - |
| c. Legal Research and brief writing | 15.1 | 1,887.50 | - | - | | 1,887.50 |
| d. Travel time | - | - | - | - | | - |
| e. Investigative & other work (Specify) | 1.6 | 200.00 | - | - | | 200.00 |
| TOTALS | 24.0 | 2,997.00 | - | - | | 2,997.00 ✓ |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | - | | - | | - |
| 18. Other Expenses (other than expert, transcripts, etc.) | | 10.51 | | - | | 10.51 |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 3,007.51 | | - | | 3,007.51 ✓ |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
From: 12/30/2009 to: 1/12/2011

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION: 1/12/11

21. CASE DISPOSITION: Ongoing - Counsel w/drew

22. CLAIM STATUS: ● Final Payment   ○ Interim Payment Number ___   ○ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☑ Yes ☐ No   If yes, were you paid? ☑ Yes ☐ No

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ Yes ☑ No   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.
Signature of Attorney *(signature)*   Date 19 Jan 2011

### APPROVED FOR PAYMENT—COURT USE ONLY

| 23. IN COURT COMP.<br>- | 24. OUT OF COURT COMP<br>2,997.00 | 25. TRAVEL EXPENSES<br>- | 26. OTHER EXPENSES<br>10.51 | 27. TOTAL AMT. APPR. – Check if Certified ☐<br>3,007.51 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE<br>*(signature)* Judge Downes | | | DATE<br>2/2/11 | 28a. JUDGE CODE<br>8905 |
| 29. IN COURT COMP.<br>- | 30. OUT OF COURT COMP<br>2,997.00 | 31. TRAVEL EXPENSES<br>- | 32. OTHER EXPENSES<br>10.51 | 33. TOTAL AMT. APPR./CERT.<br>3,007.51 |
| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)<br>*(signature)* | | | DATE<br>2/8/11 | 34a. JUDGE CODE<br>-018 |